FILED
December 12, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:16-MJ-00210-CKD
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
THOMAS ARTHUR WITTEN, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS ARTHUR WITTEN, Case No. 2:15-MJ-00210-CKD, Charge 18 USC § 922(g)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court. USM shall release dft on 12/13/2016 at 9:00 a.m., to the custody of PTS.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 12, 2016 at 2:45 pm.

By _____
Deborah Barnes
United States Magistrate Judge