HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
THOMAS ARTHER WITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **THOMAS ARTHER WITTEN**, <br><br> Defendant. | Case No.: 2:16-cr-00245 TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant Thomas Arthur Witten, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status

1

conference in the above-entitled case, February 16, 2017, and to continue the matter to April 6, 2017, at 9:30 a.m., for status conference.

Defense counsel has recently received initial discovery in this action and has been informed by the Government that additional discovery is forthcoming. Further, due to defense counsel's previous trial commitments, he has not had an opportunity to review the initial discovery and meet with his client.

The parties further agree and stipulate that the period from February 16, 2017 to April 6, 2017, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 USC §§3161(h)(7)(A) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need for defense counsel to prepare exceeds the defendant's and the public's interest in commencing trial within the 70-day Speedy Trial time period. Accordingly, the parties request the Court to adopt this stipulation.

Dated: February 9, 2017


/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
THOMAS ARTHUR WITTEN


/s/Hayes H. Gable III for
  JAMES CONOLLY
  Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties and good cause appearing, it is hereby ORDERED that the Status Conference currently set for February 16, 2017, is hereby continued to April 6, 2017, at 9:30 a.m.

It is further ORDERED that the period from February 16, 2017 to April 6, 2017, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 USC §§3161(h)(7)(A) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

Dated: February 9, 2017

_____
Troy L. Nunley
United States District Judge