PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. WITTEN,<br><br>    Defendant. | CASE NO. 2:16-CR-00245-TLN<br><br>STIPULATION TO MODIFY SPECIAL CONDITIONS OF PRE-TRIAL RELEASE; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and defendant, Thomas Witten, by and through his counsel of record, Hayes Gable, stipulate as follows:

1. The parties appeared before this Court on December 12, 2016, for a detention hearing. At that hearing, the Court ordered the defendant released on an unsecured bond, subject to conditions of release, including both standard and special conditions, as well as Pre-Trial Services supervision.

2. As part of the special conditions of release (the "Special Conditions"), the defendant was ordered to complete successfully a residential drug treatment program, beginning on or about December 13, 2016, and ending on or about March 12, 2017.

3. In anticipation of the defendant's successful completion of that program, and after consulting with the defendant's Pre-Trial Services Officer, the parties agree that the defendant would continue to benefit from outpatient substance abuse counseling, as well as cognitive behavioral therapy.

The parties also agree that additional conditions related to employment and location monitoring are appropriate and would be likewise beneficial to the defendant.

4.  The parties therefore request that the Court order that the defendant's Special Conditions be modified to include the following language:

a)  "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

b)  "You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

c)  "Upon successful completion of residential treatment, you must seek/maintain employment and provide proof of same as requested by your pretrial services officer."

d)  "Upon successful completion of residential treatment, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer."

5.  The parties agree that all existing Special Conditions should remain in effect, with the exception of Special Condition #9, related to the defendant's location monitoring, which the parties agree should be replaced by, or modified to be consistent with, paragraph 4.d., of this stipulation.

IT IS SO STIPULATED.

Dated:  March 9, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  March 9, 2017

/s/ *Hayes Gable*
HAYES GABLE
Counsel for Defendant
Thomas A. Witten

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders further that the defendant's Special Conditions of Release be modified to include the conditions set forth below, with condition d. replacing existing Special Condition #9, regarding the defendant's location monitoring. All other existing Special Conditions of Release remain in effect.

a) "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

b) "You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

c) "Upon successful completion of residential treatment, you must seek/maintain employment and provide proof of same as requested by your pretrial services officer."

d) "Upon successful completion of residential treatment, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer."

IT IS SO ORDERED

Dated: March 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE