DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Thomas Arthur Witten

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS ARTHUR WITTEN, <br><br> Defendant | Case No.: 2:16-CR-00245GEB <br><br> STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Thomas Arthur Witten., the following conditions be ordered:

Condition relating to Home Detention, Condition Number 10 is modified as follows:

10. CURFEW: You must remain inside your residence every day from 9:00 p.m. to 3:00 a.m., or as adjusted by the pretrial services officer for medical, education, religious services; employment, or court ordered obligations.

. All other terms and conditions of pretrial release previously imposed remain in effect.

A Second Amended Special Conditions of Release showing all current conditions of release is attached.

Stipulation and Order - 1

Respectfully Submitted

Dated this 31st day of May, 2017      By: __/s/ Danny D. Brace, Jr,
                                          DANNY D. BRACE, JR.,
                                          Attorney for Thomas Arthur Witten


                                      By: _/s/ James Conolly_____
                                          Authorized to Sign for James
                                          Conolly on May 31, 2017
                                          JAMES CONOLLY
                                          Attorney for the United States

IT IS SO ORDERED:

Dated: May 31, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE