DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>THOMAS ARTHUR WITTEN,<br><br>  Defendant | Case No.: 2:16 CR 245 TLN<br><br>STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

The Parties hereby stipulate that in addition to the previously ordered conditions of pretrial release, Thomas Arthur Witten, the following conditions be modified:

The defendant is no longer required to wear a location monitor device and it should be removed and that the curfew previously imposed be lifted. The Government has no objection to the removal of location monitoring and curfew. Pretrial Services is in agreement with this request. All other terms and conditions of pretrial release previously imposed remain in effect.

The Third Amended Conditions of Pretrial Release are attached.

STIP AND ORDER FOR MODIFICATION - 1

Respectfully submitted,

Date: 8-17-17                    By:  /s/ Danny D. Brace, Jr.,
                                      DANNY D. BRACE, JR.,
                                      Attorney for
                                      Thomas Witten

Date:  8-17-17                   By:/s/James Conolly
                                      Authorized to sign for Mr. Conolly
                                      On August 17, 2017
                                      James Conolly
                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**
Dated:  August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**THIRD AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Witten, Thomas Arthur

No.: 2:16-cr-00245-TLN-1
Date: August 17, 2017

1. You must reside at a location at a location approved by the pretrial services officer and not move or absent yourself from this program for more than 24 hours without the prior approval of the pretrial services officer;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not obtain a passport or other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You must abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must seek and/or maintain employment and provide proof of same as directed by your pretrial services officer; and,

12. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.