DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-245 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| THOMAS ARTHER WITTEN, | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, THOMAS ARTHER WITTEN., by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 31, 2017

2. By this stipulation, the defendant now moves to continue the status conference until October 19, 2017, at 9:30 a.m., and to exclude time between August 31, 2017 and October 19, 2017 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense has been in continuous trials in Sacramento County Superior Court has been unable to confer with the Assistant United States Attorney regarding the case. Additionally, I have just received a copy of discovery from the Assistant United States Attorney.

STIP AND ORDER TO EXTEND TIME - 1

b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2017, to October 19, 2017, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 8-28-17    By: /s/ Danny D. Brace, Jr.,
                 DANNY D. BRACE, JR.,
                 Attorney for
                 Thomas Witten

STIP AND ORDER TO EXTEND TIME - 2

Date: 8-28-17                                    By:/s/James Conolly
                                                 Authorized to sign for Mr. Conolly
                                                 On August 28, 2017
                                                 James Conolly
                                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: August 28, 2017

_____
Troy L. Nunley
United States District Judge